IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAYE LYNN SCHAFFART,           )
                               )
          Plaintiff,           )        8:09CV367
                               )
     v.                        )
                               )
ONEOK, INC.,                   )
                               )
          Defendant.           )
_____)
JERRY PETERS,                  )
                               )
          Plaintiff,           )        8:09CV368
                               )
     v.                        )
                               )
ONEOK, INC.,                   )          ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court after a planning conference with counsel.  By agreement of counsel,

IT IS ORDERED that these cases are consolidated for purposes of discovery and trial.

DATED this 17th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court