IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYE LYNN SCHAFFART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV367 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| JERRY PETERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiffs' motions for leave to file an amended complaint (Filing No. 18 in 8:09CV367; Filing No. 20 in 8:09CV368) and on plaintiffs' supplemental motions for leave to file an amended complaint (Filing No. 21 in 8:09CV367; Filing No. 23 in 8:09CV368). The Court has reviewed the matters, including defendant's opposition to said motions. Noting that limited discovery has been completed and further noting that no changes in the progression order are necessary, the supplemental motions to amend will be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motions for leave to file an amended complaint are denied as moot.

2) Plaintiffs' supplemental motions to file an amended complaint are granted. The amended complaints shall be filed on or before April 19, 2010.

DATED this 14th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court