IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAYE LYNN SCHAFFART,           )
                               )
          Plaintiff,           )        8:09CV367
                               )
     v.                        )
                               )
ONEOK, INC.,                   )
                               )
          Defendant.           )
_____)
JERRY PETERS,                  )
                               )
          Plaintiff,           )        8:09CV368
                               )
     v.                        )
                               )
ONEOK, INC.,                   )        ORDER
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on defendant's motion in limine (Filing No. 41 in 8:09CV367; Filing No. 49 in 8:09CV368), the brief of the defendants (Filing No. 42 in 8:09CV367; Filing No. 50 in 8:09CV368), and the response of the plaintiffs (Filing No. 58 in 8:09CV367; Filing No. 67 in 8:09CV368).  In their filings, plaintiffs have conceded Paragraphs 1, 3, 4 and 5 of defendant's motion, and the motion will be granted as to those paragraphs.

      The motion will be denied as to Paragraph 2 without prejudice to raising this objection during the course of the trial.  Accordingly,

IT IS ORDERED:

1) The motion in limine is granted as to Paragraphs 1, 3, 4 and 5.

2) The motion is denied without prejudice as to Paragraph 2.

DATED this 31st day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court