IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAYE LYNN SCHAFFART,<br><br>        Plaintiff,<br><br>   v.<br><br>ONEOK, INC.,<br><br>        Defendant.<br>_____ | 8:09CV367 |
| JERRY PETERS,<br><br>        Plaintiff,<br><br>   v.<br><br>ONEOK, INC.,<br><br>       Defendant.<br>_____ | 8:09CV368<br><br>ORDER |

     This matter is before the Court on defendant's oral motion for mistrial made during plaintiffs' closing argument. The Court finds the parties should brief the issue. Accordingly,

     IT IS ORDERED that the parties shall file briefs supporting their respective positions on or before September 20, 2010.

     DATED this 10th day of September, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court