```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

GAYE LYNN SCHAFFART,          )
                              )
              Plaintiff,      )            8:09CV367
                              )
        v.                    )
                              )
ONEOK, INC.,                  )
                              )
              Defendant.      )
_____)
                              )
JERRY PETERS,                 )
                              )
              Plaintiff,      )            8:09CV368
                              )
        v.                    )
                              )
ONEOK, INC.,                  )
                              )            ORDER
              Defendant.      )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of brief date (Filing No. 93 in 8:09CV367; Filing No. 107 in 8:09CV368). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; all parties shall have until October 4, 2010, to file briefs supporting their respective positions on the motion for mistrial.

DATED this 13th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court