IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYE LYNN SCHAFFART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV367 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| JERRY PETERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court are motions for directed verdicts made on behalf of plaintiffs and defendant at the close of the trial.

IT IS ORDERED that counsel shall advise the Court on or before October 4, 2010, whether any additional briefs will be filed in support of their respective motions and shall further advise the Court whether the briefs filed in support of their respective summary judgment motions may be considered in any ruling on the motions for directed verdict.

DATED this 23rd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court