IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAYE LYNN SCHAFFART,         )
                             )
          Plaintiff,         )         8:09CV367
                             )
     v.                      )
                             )
ONEOK, INC.,                 )
                             )
          Defendant.         )
_____)
JERRY PETERS,                )
                             )
          Plaintiff,         )         8:09CV368
                             )
     v.                      )
                             )
ONEOK, INC.,                 )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the joint stipulation for return of bond (Filing No. 149 in 8:09CV367; Filing No. 171 in 8:09CV368). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; the bonds filed with this Court at Filing No. 140 in 8:09CV367 and Filing No. 156 in 8:09CV368, should be released by the Clerk of Court to ONEOK, Inc.'s attorney of record.

DATED this 28th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court